**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

James Darnell Sudberry,

    Plaintiff/Appellant,

        v.                          Case No.  1:15cv650

Warden, Correctional Reception,         Judge Michael R. Barrett
Center, *et al.*,

    Defendants/Appellees.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on December 9, 2016 (Doc. 12).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 12) have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 12) of the Magistrate Judge is hereby **ADOPTED**. Plaintiff/Appellant's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 11) is **DENIED**.

    **IT IS SO ORDERED.**

                              */s/ Michael R. Barrett*
                              Michael R. Barrett
                              United States District Judge

1